UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JIMMY BROWN,                           :
                                       :
    Plaintiff,                     :
                                       :
v.                                     :     Case No. 3:25-cv-149-TES-AGH
                                       :
COMMISSIONER OF SOCIAL                 :
SECURITY,                              :
                                       :
    Defendant                      :

## **ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this case for the agency to carry out further administrative actions, it is Ordered:

Upon remand, the Administrative Law Judge will be instructed to reevaluate the evidence of record, including evidence of Plaintiff's specific learning disorder with reading impairment and evidence of Plaintiff's reading ability, offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this _12_ day of May, 2026.

    _s/Tilman E. Self, III_____
    TILMAN E. SELF, III
    UNITED STATES DISTRICT JUDGE