IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JIMMY BROWN,

     Plaintiff,                              Case No.  3:25-cv-00149-TES-AGH

     v.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.
_____/

**ORDER**

     Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412(d), it is ORDERED that:

1.  Plaintiff is awarded attorney's fees in the amount of $12,412.

2.  If the United States Department of Treasury determines that Plaintiff does not owe a federal debt subject to offset, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel.  If Treasury determines that Plaintiff owes a federal debt subject to offset, any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

     IT IS SO ORDERED this ___19th___ day of ___June___, 2026.

                            __s/Tilman E. Self, III_____
                             HON. TILMAN E. SELF, III
                             UNITED STATES DISTRICT JUDGE