IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JIMMY MITCHELL BROWN,                    *

            Plaintiff,                   *
v.                                          Case No.  3:25-CV-00149-TES-AGH
                                         *
COMMISSIONER OF SOCIAL SECURITY,
                                         *
            Defendant.
                                         *
_____  *

**J U D G M E N T**

Pursuant to the Order of this Court filed June 19, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $12,412.00.


This 22nd day of June, 2026.

David W. Bunt, Clerk


s/  Angelica E. Niccolai, Deputy Clerk